UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF FLORIDA  
TAMPA DIVISION

In re:  Case No. 8:09–bk–05532–CED  
 Chapter 11

PMH Group, Inc.  
Sidwell, LLC  
8:09–bk–05537–CED (Jointly Administered)  
3427 Recker Highway  
Winter Haven, FL 33880

_____Debtor\*_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing will be held in, Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on September 14, 2009 at 01:30 PM before the Honorable Caryl E. Delano , United States Bankruptcy Judge, to consider and act upon the following matter(s):

Motion to Allow Post–Petition Attorneys Fees, Costs and Interest Filed by Shirley C. Arcuri on behalf of Creditor Florida Traditions Bank. (docket #128)

Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

<u>Appropriate Attire.</u> You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on August 17, 2009 .

FOR THE COURT  
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse  
801 North Florida Avenue, Suite 555  
Tampa, FL 33602

\*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.